# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

MICHELLE L. SUDDUTH )
)
      Plaintiff, )
)
vs. ) No. 03-0163-CV-W-FJG
)
MISSOURI DEPARTMENT OF SOCIAL )
SERVICES, et al., )
)
      Defendants. )

# ORDER

Currently pending before the Court are the parties' objections to the deposition designations.

The Court hereby rules as follows:

### Defendants' Objections to Plaintiff's Designations

### SUE BRANSTETTER

**Ruling**

| | | |
|---|---|---|
| P. 5, l. 15 | Object: FRE 403; incomplete as to the question asked | Overruled |
| P. 6, l. 15 | Object: FRE 403; incomplete as to the answer provided | Overruled |
| P. 6, l. 16 to p. 7, l. 10 | Object: FRE 402, 403 | Overruled |
| P. 7, l. 18 to p. 8, l. 1 | Object: FRE 402, 403 | Overruled |
| P. 8, 8, l. 15 to p. 9, l. 19 | Object: FRE 402, 403, speculation | Sustained |
| P. 9, l. 23 to p. 10, l. 7 | Object: FRE 402, 403 | Overruled |
| P. 10, ll. 15-25 | Object: FRE 402, 403, speculation, hearsay | Overruled |
| P. 11, l. 19 to p. 13, l. 2 | Object: FRE 402, 403 | Overruled |
| P. 13, l. 10 to p. 14, l. 5 | Object: FRE 402, 403 | Overruled |
| P. 14, ll. 12-24 | Object: FRE 402, 403 | Overruled |
| P. 16, ll. 12-24 | Object: FRE 402, 403 | Overruled |
| P. 17, l. 25 to p. 19, l. 6 | Object: FRE 402, 403, hearsay | Sustained |
| P. 21, l.8 to p. 22, l. 17 | Object: FRE 402, 403 | Sustained |
| P. 22, ll. 16-22 | Object: FRE 402, 403, vague | Sustained |
| P. 24, ll. 16-22 | Object: FRE 402, 403 | Overruled |
| P. 25, l. 17 to p. 26, l. 3 | Object: FRE 402, 403, lack of foundation | Sustained |

## MELINDA HUDGENS

| | | Ruling |
|---|---|---|
| P. 8, l. 5 to p. 9, l. 14 | Object: FRE 402, 403 | Sustained |
| P. 13, l. 20 to p. 15, l. 15 | Object: FRE 402, 403 | Sustained |
| P. 21, ll. 12-22 | Object: FRE 402, 403, citation incomplete as to question asked and answer provided | Sustained |
| P. 22, l. 3 to p. 35, l. 16 | Object: FRE 402, 403 | Sustained |
| P. 36, l. 7 to p. 37, l. 4 | Object: FRE 402, 403, citation incomplete as to question asked and answer provided | Sustained |
| P. 42, l. 12 to p. 47, l. 9 | Object: FRE 402, 403, speculation, inadmissible opinion | Sustained |
| P. 47, l. 11 to p. 87, l. 3 | Object: FRE 402, 403, inadmissible opinion, hearsay, speculation | Sustained |

## ARLENE BRUCE

| | | Ruling |
|---|---|---|
| P. 6, l. 3 to p. 9, l. 23 | Object: FRE 402, 403 | Sustained |
| P. 21, l. 15 | Object: FRE 402, 403, citation incomplete as to question asked or answered provided | Overruled |
| P. 32, l. 23, to p. 36, l. 3 | Object: FRE 402, 403 | Overruled |
| P. 37, l. 13 to p. 38, l. 8 | Object: FRE 402, 403 | Overruled |

## Dr. RITA RODGERS-STANLEY

| | | Ruling |
|---|---|---|
| P. 19, l. 7 | Object: FRE 402, 403, citation incomplete as to question asked | Sustained |
| P. 25, l. 5 to p. 27, l. 5 | Object: Non-testimonial as to p. 25, l. 24 to p. 26, l. 1 | Sustained |
| P. 27, l. 22 to p. 28, l. 9 | Object: FRE 402, 403 | Overruled |
| P. 31, l. 20 to p. 33, l. 1 | Object: Speculation | Overruled |
| P. 35, l. 4 to p. 36, l. 5 | Object: FRE 402, 403, lack of foundation, citation incomplete as to question asked or answer provided | Overruled |
| P. 27, l. 25 to p. 42, l. 14 | Object: Objections noted in overlapping citations are incorporated herein by reference. | Overruled |

## NORMA WIEBERG

|  |  | **Ruling** |
|---|---|---|
| P. 6, l. 23 to p. 12, l. 1 | Object: FRE 402 | Overruled |
| P. 12, l. 22 to p. 13, l. 17 | Object: FRE 402, 403 | Overruled |
| P. 15, l. 16 to p. 16, l. 11 | Object: FRE 403, vague | Overruled |
| P. 26, l. 16 to p. 27, l. 1 | Object: FRE 402, 403, speculation, vague | Overruled |
| P. 32, ll. 9-18 | Object: FRE 402, 403, inadmissible opinion | Sustained |
| P. 44, l. 3 to p. 47, l. 1 | Object: FRE 402, 403, speculation | Overruled |
| P. 49, l. 16 to p. 50, l. 5 | Object: FRE 402, 403 | Overruled |
| P. 54, ll. 2-8 | Object: FRE 402, 403 | Overruled |
| P. 55, ll. 5-16 | Object: FRE 402, 403 | Overruled |
| P. 85, ll. 6-22 | Object: FRE 402, 403, incomplete as to question asked and answer provided | Overruled |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DESIGNATONS

## SUE BRANSTETTER

|  |  | **Ruling** |
|---|---|---|
| p. 17, l. 25 to p. 17, l. 11 | Objection, Plaintiff is unable to respond to the cited testimony because the designation is misstated and unclear. For completeness, Plaintiff designates p. 16, l. 25 to p. 17, l. 11. | Sustained |
| p. 25, ll. 12-17 | Objection, the citation is incomplete as to the question asked. The citation should end on line 16. | Sustained |

## MELINDA HUDGENS

|  |  | **Ruling** |
|---|---|---|
| p. 15, ll. 19-24 | Objection, irrelevant and immaterial. | Overruled |
| p. 35, l. 9 to p. 36, l. 6 | Objection, non-responsive, argumentative, vague and ambiguous | Sustained |
| p. 37, ll. 5-8 | Objection, irrelevant and immaterial, incomplete. | Sustained |

## ARLENE BRUCE

                                                                              **Ruling**

| | | |
|---|---|---|
| p. 21, l. 20 to p. 22, l. 23 | Objection, irrelevant and immaterial, assumes facts not in evidence. | Overruled |
| p. 23, ll. 13-22 | Objection, irrelevant and immaterial, confusing. | Overruled |
| p. 28, ll. 4-12 | Objection, incomplete, confusing, lacks foundation, irrelevant and immaterial. | Sustained |
| p. 30, ll. 1-4, ll. 12-19 | Objection, irrelevant and immaterial, incomplete. | Sustained |
| p. 41, l. 11 to p. 42, l. 3 | Objection, calls for speculation, improper hypothetical, irrelevant and immaterial. | Overruled |
| p. 42, l. 7 to p. 44, l. 3 | Objection, lacks foundation, improper opinion, calls for a legal conclusion, improper form, irrelevant and immaterial. | Overruled |

## Dr. RITA RODGERS-STANLEY

                                                                              **Ruling**

| | | |
|---|---|---|
| p. 12, l. 3 to p. 13, l. 8 | Objection, incomplete. Read in part, misstates subsequent designated testimony | Overruled |
| p. 15, l. 18 to p. 17, l. 5 | Objection, improper form, leading, incomplete, misstates subsequent designated testimony. | Overruled |
| p. 23, ll. 2-18 | Objection, calls for speculation, lacks foundation, irrelevant and immaterial, vague and ambiguous as to "hope." | Sustained |
| p. 24, ll. 21-24; p. 25, ll. 2-3 | Objection, vague and ambiguous, improper hypothetical, misstates subsequent designated testimony, irrelevant and immaterial. | Sustained |

Date: September 30, 2006                   **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                     Fernando J. Gaitan, Jr.
                                               United States District Judge