# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE L. SUDDUTH | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 03-0163-CV-W-FJG ) |
| MISSOURI DEPARTMENT OF SOCIAL SERVICES, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On October 3, 2005, the plaintiff filed a Motion to Dismiss plaintiff's claims against Defendant Rhonda Jones with prejudice (Doc. # 144). Defendants have no objection, but the parties disagree as to how the issue of costs shall be assessed. Accordingly, plaintiff's Motion to Dismiss Defendant Rhonda Jones is hereby **GRANTED**. On or before October 17, 2005, defendant shall file a motion outlining its position on the issue of costs. Plaintiff shall file a response on or before October 24, 2005 and Defendant shall file a reply on or before October 31, 2005.

Date: October 6, 2005
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge